EVAN T. MACDONALD and Another, Engaged in Business as Copartners, etc., Plaintiffs, v. THE CITY OF NEW YORK, Defendant.— Exceptions overruled, with costs, and judgment ordered dismissing the complaint, with costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LUDWIG WOERNER, as Administrator, etc., of SUSANNA WOERNER, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LUDWIG WOERNER, Respondent, v. THE CITY OF NEW YORK, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE WOLMER, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR TOURBILLON, Otherwise Called DON B. COLLINS, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LOUISA APPELL, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GEORGETTE SILK CORPORATION, Respondent, v. ELGIN WAIST COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PAUL URBAN, as Administrator, etc., of PAUL URBAN, Deceased, Plaintiff, v. TOPPING BROTHERS, Defendant.— Exceptions overruled, with costs, and judgment ordered dismissing the complaint, with costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHRISTINE G. CAMPBELL, Respondent, v. FRANK A. CAMPBELL, Appellant.— Judgment modified by striking out paragraph " 4 " thereof and by increasing alimony to sixty dollars a week, and as so modified affirmed, without costs. (See *Wilson* v. *Hinman*, 182 N. Y. 408, 413; *Sleeper* v. *Sleeper*, 65 Hun, 454; affd., 142 N. Y. 625.) Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.